

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00541-CR

George **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5859
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on December 30, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court